UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

ANDRIY KUVSHYNOV, as surviving parent and personal representative of OLEKSANDRA KUVSHYNOVA, deceased, and individually, IRYNA MAMAYSUR, as surviving parent of OLEKSANDRA KUVSHYNOVA, deceased, and individually, and SHANE THOMSON, individually,

Plaintiffs

v.

FOX NEWS NETWORK, LLC, FOX CORPORATION, NEWS CORPORATION a/k/a NEWS CORP., RUPERT MURDOCH, SUZANNE SCOTT, BENJAMIN HALL, and HARPERCOLLINS PUBLISHERS L.L.C.,

Defendants.

Case No. 1:24-cv-1950-MKV

**STIPULATION AND ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/18/2024

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the respective parties hereto that Defendants Rupert Murdoch ("Murdoch"), Suzanne Scott ("Scott"), and Benjamin Hall ("Hall") waive service of the summons pursuant to Fed.R.Civ.P. 4(d) in the above-captioned action and that undersigned counsel accept service on behalf of their respective clients.

**IT IS FURTHER STIPULATED AND AGREED** that Defendants Murdoch, Scott, and Hall do not waive any defenses by virtue of accepting service, including but not limited to waiver of any objection to personal jurisdiction or venue, pursuant to Fed.R.Civ.P. 4(d)(5).

**IT IS FURTHER STIPULATED AND AGREED** that the time in which all Defendants may serve an answer, move, or otherwise respond to the Complaint in the above-captioned action is hereby extended through and including July 18, 2024.

**IT IS FURTHER STIPULATED AND AGREED** that the time in which all Defendants may oppose Plaintiffs' Motion for Remand, dated April 12, 2024, is hereby extended through and including May 10, 2024.

**IT IS FURTHER STIPULATED AND AGREED** that electronic signatures will be deemed equivalent to originals, and the parties may execute this stipulation in counterparts.

Dated: New York, New York
April 16, 2024

**BELLUCK & FOX, LLP**

By: _____
546 Fifth Avenue, 5th Floor
New York, NY 10036
212-681-1575
sdymond@belluckfox.com

**STEPHEN F. HUMPHREYS PC**
4200 Northside Parkway NW, #1-100
Atlanta, GA 30327
706-207-6982
athenslaw@gmail.com
(Pro Hac Vice Anticipated)

*Attorneys for Plaintiffs*

**MINTZ & GOLD LLP**

By: _____
600 Third Avenue, 25th Floor
New York, NY 10016
212-696-4848
mintz@mintzandgold.com

**STEPTOE LLP**
1114 Avenue of the Americas
New York, NY 10036
212-378-7604
cmichael@steptoe.com

*Attorneys for Defendants Fox News Network, LLC, Fox Corporation, Rupert Murdoch, Suzanne Scott, and Benjamin Hall*

**DAVIS WRIGHT TREMAINE LLP**

By: _Laura Handman/rb_
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
212-489-8230
laurahandman@dwt.com

*Attorneys for Defendants News Corporation and HarperCollins Publishers L.L.C.*

**IT IS SO ORDERED:**

_Mary Kay Vyskocil_    April 18, 2024
Hon. Mary Kay Vyskocil, U.S.D.J.