UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDRIY KUVSHYNOV, as surviving parent and personal representative of OLEKSANDRA KUVSHYNOVA, deceased, and individually, IRYNA MAMAYSUR, as surviving parent of OLEKSANDRA KUVSHYNOVA, deceased, and individually, and SHANE THOMSON, individually,<br><br>                              Plaintiffs,<br><br>—*against*—<br><br>FOX NEWS NETWORK, LLC, FOX CORPORATION, NEWS CORPORATION a/k/a NEWS CORP., RUPERT MURDOCH, SUZANNE SCOTT, BENJAMIN HALL, and HARPERCOLLINS PUBLISHERS L.L.C.,<br><br>                              Defendants. | 24 Civ. 1950 (MKV) |

## DECLARATION OF BENJAMIN HALL

1.      I am a dual citizen of the United States and the United Kingdom. I am currently residing in London, England. I am named as a defendant in this suit and have waived service through counsel.

2.      In early March 2022, I arrived in Kyiv as part of a Fox News team covering the war in Ukraine. The Fox News team consisted of two cameramen, two correspondents, and two contracting security agents from the independent company SEPAR International, as well as our locally hired independent "fixer," Oleksandra Kuvshynova (whom we knew as "Sasha"), and other locals with whom Fox News contracted, such as drivers.

3.      As I describe in my book, *Saved*, Sasha "had pushed to be our fixer because, like so many young Ukrainians, she wanted to do something to help defend her country." Sasha had

"been part of Fox teams on other trips." (The quoted material in the remainder of this declaration comes from *Saved*.)

4. On March 14, 2022, a smaller Fox team went out to cover a story. The team for that day included Pierre Zakrzewski, an experienced Fox News cameraman and my long-time friend, and Sasha, who served as a Ukrainian interpreter and local guide for our team. Sasha had coordinated the story for that day and arranged for us to meet with the Ukrainian military. We were accompanied through part of the day by a security consultant, Jock Gordon.

5. After being rebuffed in our efforts to film Ukrainian troops digging trenches in defensive positions around Kyiv that day, we were told by our Ukrainian military escorts, via translation by Sasha, of a village on the outskirts of Kyiv that had been destroyed earlier in the war and was abandoned. Our military escorts told us, via Sasha, that they had gone through the village a day earlier with a team from the *New York Times*. We decided to accompany them to the village, which we later learnt was named Horenka. Because there was only enough room for three of us in the military escorts' small car, Pierre, Sasha and I accompanied them.

6. After filming the bombed-out village, we returned to the car and started back the way we came. Along the road back, we approached an abandoned checkpoint on the main highway. As the driver was navigating the concrete barriers at the checkpoint, we "heard the shrill, distinctive whir of a missile," which "was loud and close and over our heads." There was an explosion about thirty feet in front of us. Pierre shouted to reverse the car. Pierre then yelled for everyone to get out of the car, as he opened his door. But as he did so, a second missile landed alongside the car. And as I recount in my book, "[i]nstantly, everything went black."

7. When I became aware again, I knew I had to get out of the car, but I could not move. I managed to make myself move, "marshal[ling] every ounce of energy [to] propel

myself out of the car." Just as I got out of the car, and had taken one step, a third bomb hit the car itself. The explosion threw me away, further injuring me, and for a short time I passed out. When I awoke, I was on fire. I managed to roll and smother the flames to put them out. "I looked at my legs and saw that my right leg was gone, just some flesh and bone hanging by a flap of skin, and half a foot dangling there." I didn't know where Sasha or the two Ukrainian soldiers were. I later learnt that they were killed in the attack. Pierre was lying on the ground about 15 feet from me. He told me not to move.

        8.       I lay there for what I believe was 40 minutes. I was eventually rescued by a Ukrainian special forces agent. I later learnt that, when he checked on Pierre, he had died from wounds suffered in the attack. No one else survived the attack. The Ukrainian agent later told me that he took me in the direction of Kiev, looking for a manned checkpoint, where he knew that ambulances were usually waiting on standby. About two and a half miles from where he found me, he found an ambulance and loaded me in it. I later learnt that I was taken to a local hospital, where Jock, our team's security agent, located me.

        9.       I suffered substantial wounds from the attack, losing my right leg and most of my left foot, as well as losing functions in my left hand where my thumb was largely torn off, and the sight in my left eye, the front of which was destroyed. I also suffered a traumatic brain injury, lost most hearing from my left ear, had shrapnel lodged across my body from my throat to my legs, and had parts of my skull removed. As a result of the attack, I also had very serious burns along the lower half of my body.

        10.      After I underwent surgeries in the local hospitals, including the remaining amputation of my right leg, Fox News began the arduous process of extracting me from Ukraine to Poland. From Poland, I was moved by U.S. military transport to a U.S. base in Germany,

where I stayed for 10 days before being transported to the United States. I was then treated at Brooke Army Medical Centre in Texas, where I was hospitalized until August 20, 2022.

11. Attached are true copies of the excerpts of my book, *Saved*, in particular, Chapter 8, which describes the attack.

12. I understand that Sasha's parents are plaintiffs in this lawsuit and contend that my book somehow contributed to their being duped into agreeing to accept certain compensation in exchange for releasing claims against Fox. I had nothing to do with the discussions between Fox and Sasha's parents, was unaware of them until this lawsuit arose and do not understand how this claim could possibly be true because my book was published in March 2023, which I now understand is nearly a year after the release agreement was signed.

13. As I understand it, the Complaint asserts that a specific passage is "misleading" because it said "that Russian forces were 'understood' to be 30 miles away" when in reality they were closer than that. This accusation is itself misleading. In describing the series of events that led to our visit to Horenka, I wrote:

> The [Ukrainian Azov] soldiers told us about a nearby village that had been destroyed some weeks before, and was abandoned except for some Ukrainian troops. The Russian forces, we understood, would be at least thirty miles away and not pushing in our direction. The soldiers had gone through the village with a team from the *New York Times* a day earlier, and they offered to take us there as well. [p. 104].

14. The passage at issue merely describes what we understood about the location of forces at the time we set off for Horenka. It was not meant to describe the actual location of the troops.

15. As mentioned, I do not understand how this passage, published a year after the release agreement, could have mislead Sasha's parents, but I also must add that I am troubled by

the suggestion that my book would be harmful in any way to Sasha's parents or to her memory. Sasha was a brave co-worker and friend, and I would never do anything to make her tragic death worse for her family. As I wrote in the Acknowledgements to my book, "Nor will I ever forget Oleksandra 'Sasha' Kuvshynova, who bravely sacrificed everything in service of her native Ukraine. The terrible truth of war reporting is that we can lose the best and brightest in an instant. But they [Pierre and Sasha] will always live on in us."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 6, 2024.

From: London, United Kingdom

_____
Benjamin Hall